### STATE v. WILLIAM JONES.

(Filed 6 November, 1907).

**Indictment—Petty Misdemeanor.**

In the Superior Court, upon appeal from a conviction for a petty misdemeanor, indictment by grand jury is dispensed with.

CRIMINAL ACTION, tried before *Ferguson, J.,* and a jury, in the Superior Court of FORSYTH County.

*Assistant Attorney-General Clement* for the State.

Defendant not represented in this Court.

PER CURIAM: By chapter 573, Laws of 1907, the Recorder's Court was created at Winston for the trial of petty misdemeanors, but with right of appeal to the Superior Court. By section 4 of said act, larceny of goods less than $10 was made a petty misdemeanor. The defendant, convicted in said court on a charge of petty misdemeanor, in stealing shipstuffs of the value of $3, appealed to the Superior Court, and, being put on trial *de novo,* objected because no indictment against him had been returned by a grand jury. The Judge overruled the exception; the defendant excepted and, there being a verdict of guilty, appealed.

There is no error. The same point has been fully discussed and settled in *State v. Lytle,* 138 N. C., 738. In like manner, when a case is tried in the Superior Court on appeal from a justice of the peace, no indictment is required. *State v. Quick,* 72 N. C., 243; *State v. Thornton,* 136 N. C., 616.

No Error.